630

382 A.2d 753

Commonwealth v. Ortega, Appellant.

Submitted December 6, 1976. Edward F. Browne, Jr., Assistant Public Defender, for appellant; Charles A. Achey, Jr., Assistant District Attorney, and D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

382 A.2d 754

Commonwealth v. Peterson, Appellant.

Submitted March 21, 1977. John W. Packel, Assistant Defender, and Benjamin Lerner, Defender, for appellant; Deborah E. Glass, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.